IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| vs. | : | CASE NO. 3:23-CR-20 (TES) |
| CEDRIC JEFFRIES,<br>    Defendant. | : | |

### ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that the case should be unsealed,

IT IS ORDERED that the case by unsealed in its entirety.

SO ORDERED this 20 day of November, 2023.

_____
CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE