IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CEDRIC JEFFRIES,**<br><br>*Defendant.* | **CRIMINAL ACTION NO.**<br>**3:23-cr-00020-TES-CHW** |

**ORDER GRANTING MOTION TO CONTINUE TRIAL
IN THE INTERESTS OF JUSTICE**

Before the Court is the Defendant's Motion to Continue Trial [Doc. 18]. On October 24, 2023, the Government obtained an indictment charging Defendant with Possession with Intent to Distribute Methamphetamine, Possession with Intent Distribute Fentanyl, and Possession with Intent to Distribute Crack Cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(c) and 18 U.S.C. § 2. [Doc. 1]. Defendant entered a plea of not guilty on December 14, 2023. [Doc. 12].

Defendant seeks a continuance for additional time to obtain full discovery and pursue plea negotiations with the Government. [Doc. 18, p. 2]. So as to avoid a miscarriage of justice, the Court **GRANTS** the Defendant's Motion for Continuance [Doc. 18], and this case and its pretrial conference are **CONTINUED** to the Court's next trial term—beginning February 26th, 2024. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the

public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 4th day of January, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**

2